**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (*if known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

F I L E D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 30 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy 12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Carlotta<br>First name<br><br>Middle name<br>Gardner-Thomas<br>Last name<br><br>Suffix (Sr., Jr., II, III) | Kent<br>First name<br><br>Middle name<br>Thomas<br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0 5 6 9<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – 2 8 9 7<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1    __Carlotta Gardner-Thomas_____    Case number (if known)_____
First Name    Middle Name    Last Name

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.    ☐ I have not used any business names or EINs.

Business name _____    Business name _____

Business name _____    Business name _____

EIN _ _ – _ _ _ _ _ _ _    EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _    EIN _ _ – _ _ _ _ _ _ _

**5. Where you live**    If Debtor 2 lives at a different address:

466 East 166th Place _____    _____
Number    Street    Number    Street

South Holland          IL    60473    _____
City    State    ZIP Code    City    State    ZIP Code

Cook _____    _____
County    County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.    If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____    _____
Number    Street    Number    Street

_____    _____
P.O. Box    P.O. Box

_____    _____
City    State    ZIP Code    City    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*    *Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.    ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)    ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____    _____
_____    _____
_____    _____
_____    _____

Debtor 1    __Carlotta Gardner-Thomas_____    Case number (if known)_____
          First Name    Middle Name    Last Name

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

7.  **The chapter of the Bankruptcy Code you are choosing to file under**

    Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

    ☐ Chapter 7

    ☐ Chapter 11

    ☐ Chapter 12

    ☑ Chapter 13

8.  **How you will pay the fee**

    ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

    ☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

    ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

9.  **Have you filed for bankruptcy within the last 8 years?**

    ☐ No
    ☑ Yes.  District __Northern Illinois__  When __03/27/2012__  Case number __12-12331__
                                              MM / DD / YYYY

                  District _____  When _____  Case number _____
                                              MM / DD / YYYY

                  District _____  When _____  Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    ☐ No
    ☐ Yes.  Debtor _____  Relationship to you _____
                  District _____  When _____  Case number, if known_____
                                              MM / DD / YYYY

                  Debtor _____  Relationship to you _____
                  District _____  When _____  Case number, if known_____
                                              MM / DD / YYYY

11. **Do you rent your residence?**

    ☑ No.  Go to line 12.
    ☐ Yes.  Has your landlord obtained an eviction judgment against you?

             ☐ No. Go to line 12.
             ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    __Carlotta Gardner-Thomas__    Case number (if known)_____
            First Name    Middle Name    Last Name

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                                    State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number    Street

_____

_____
City                                    State    ZIP Code

| Debtor 1 | Carlotta Gardner-Thomas | | Case number (if known) |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

**Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling**

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Carlotta Gardner-Thomas**
First Name      Middle Name      Last Name

Case number (if known) _____

---

**16.** **What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts. _____

---

**17.** **Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18.** **How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19.** **How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Carlotta Gardner Thomas_                    X _Kent Thomas_
Signature of Debtor 1                                Signature of Debtor 2

Executed on 08 08 2018                          Executed on 08 08 2018
MM / DD / YYYY                                      MM / DD / YYYY

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:                                        )

Carlotta Gardner-Thomas                        )

Kent Thomas                                    )          Case No.
        Debtor (s)                             )
                                               )          Chapter   13
                                               )
                                               )

List of Creditors

| Internal Revenue Service<br>PO Box 804527<br>Cincinnati, OH 45280 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896 |
| --- | --- |
| Internal Revenue Service<br>PO Box 804527<br>Cincinnati, OH 45280 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896 |
| Internal Revenue Service<br>PO Box 804527<br>Cincinnati, OH 45280 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896 |
| Internal Revenue Service<br>PO Box 804527<br>Cincinnati, OH 45280 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896 |
| Internal Revenue Service<br>PO Box 804527<br>Cincinnati, OH 45280 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896 |

Debtor 1                          Carlotta Gardner-Thomas

| | |
|---|---|
| Chase Bank/Amazon<br>PO Box 15145<br>Wilmington, DE 19850 | Synchrony Bank/Room Place<br>PO Box 965061<br>Orlando, FL 32896 |
| Chase Bank/Amazon<br>PO Box 15145<br>Wilmington, DE 19850 | Synchrony Bank/Room Place<br>PO Box 965061<br>Orlando, FL 32896 |
| Chase Bank/Amazon<br>PO Box 15145<br>Wilmington, DE 19850 | Synchrony Bank/Room Place<br>PO Box 965061<br>Orlando, FL 32896 |
| Chase Bank/Amazon<br>PO Box 15145<br>Wilmington, DE 19850 | Synchrony Bank/Room Place<br>PO Box 965061<br>Orlando, FL 32896 |
| Chase Bank/Amazon<br>PO Box 15145<br>Wilmington, DE 19850 | Synchrony Bank/Room Place<br>PO Box 965061<br>Orlando, FL 32896 |
| Chase Bank/Amazon<br>PO Box 15145<br>Wilmington, DE 19850 | Synchrony Bank/Room Place<br>PO Box 965061<br>Orlando, FL 32896 |
| Chase Bank/Amazon<br>PO Box 15145<br>Wilmington, DE 19850 | Synchrony Bank/Room Place<br>PO Box 965061<br>Orlando, FL 32896 |
| Chase Bank/Amazon<br>PO Box 15145<br>Wilmington, DE 19850 | Synchrony Bank/Room Place<br>PO Box 965061<br>Orlando, FL 32896 |
| Chase Bank/Amazon<br>PO Box 15145<br>Wilmington, DE 19850 | Synchrony Bank/Room Place<br>PO Box 965061<br>Orlando, FL 32896 |
| Chase Bank/Amazon<br>PO Box 15145<br>Wilmington, DE 19850 | Synchrony Bank/Room Place<br>PO Box 965061<br>Orlando, FL 32896 |